APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re SAULIUS BERNOTAS )

    ANTHONY STELMOKAS ) Case No. 09-09710
          v.  )
    SAULIUS BERNOTAS ) Adv. No. 09-00586
  )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

ANTHONY STELMOKAS

---

| | |
|---|---|
| BERTON N. RING | BERTON N. RING, P.C. |
| Print Name on this Line | Firm Name |
| /s/ Berton N. Ring | FIRM ID NUMBER: |
| Signature | 123 W. Madison, Suite 1500 |
| ATTORNEY ID NUMBER   683351 | Street Address |
| | Chicago    IL    60202 |
| | City    State    Zip |
| | Telephone   (312) 781-0290 |

Trial Attorneys*

    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

    DATED:    2/22/10

TYPE OF DEFENSE COUNSEL:

  CJA____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

  Party Code: P ____    D ____    TP ____