# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAULIUS BERNOTAS, | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy No. 09-09710 |
| | ) | |
| | ) | Chapter 7 |
| ANTHONY STELMOKAS, | ) | |
| | ) | Adversary No. 09-00586 |
| Plaintiff, | ) | |
| | ) | Judge Eugene Wedoff |
| vs. | ) | |
| | ) | |
| SAULIUS BERNOTAS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

1. Saulius Bernotas
2. Anthony Stelmokas