**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 09-09710 |
| SAULIUS BERNOTAS | ) | |
| | ) | Adversary No. 09-00586 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| ANTHONY STELMOKAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SAULIUS BERNOTAS | ) | |
| | ) | |
| Defendant. | ) | |

<u>LIST OF DEFENDANT'S EXHIBITS</u>

Saulius Bernotas, Defendant, by and through his attorney, pursuant to this Court's

Order, hereby submits his preliminary exhibit list for trial.

<u>EXHIBIT LIST</u>

1.  <u>Defendant's Exhibit A</u> – Copy of front and back of money order receipt dated

June 13, 2006 from Saulius Bernotas to Anthony Stelmokas.

2.  <u>Defendant's Exhibit B</u> – Certified Statement of Plaintiff's Felony Conviction.

Defendant reserves the right to add additional exhibits and/or use other documents

in its rebuttal case or for purposes of impeachment or contradiction.

Respectfully submitted,

SAULIUS BERNOTAS, Defendant

/s/ Saulius V. Modestas
SAULIUS V. MODESTAS, ARDC #6278054

Modestas Law Offices
25 E. Washington St., Ste. 1804
Chicago, IL 60602
A.R.D.C. No. 6278054
(312) 251-4460

## <u>CERTIFICATE OF SERVICE</u>

I, Saulius V. Modestas, an attorney, certify that a copy of this List of Defendant's Witnesses and Exhibits was served upon:

Berton N. Ring
Berton N. Ring, P.C.
123 W. Madison St.
Ste. 1500
Chicago, IL 60602

through the Court's Electronic Filing System this 4th day of March, 2010.

/s/ Saulius V. Modestas
SAULIUS V. MODESTAS, ARDC #6278054