## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SAULIUS BERNOTAS, | ) | |
| | ) | |
| Debtor. | ) | Bankruptcy No. 09-09710 |
| | ) | |
| | ) | Chapter 7 |
| ANTHONY STELMOKAS, | ) | |
| | ) | Adversary No. 09-00586 |
| Plaintiff, | ) | |
| | ) | Judge Eugene Wedoff |
| vs. | ) | |
| | ) | |
| SAULIUS BERNOTAS, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S WITNESS LIST

1. Saulius Bernotas
2. Anthony Stelmokas

Plaintiff reserves the right to add additional witnesses and/or use other documents in his rebuttal case or for purposes of impeachment or contradiction.

    Respectfully submitted,

    ANTHONY STELMOKAS, Plaintiff

    /s/ Berton N. Ring

    Berton N. Ring, ARDC # 683351

Berton N. Ring
Berton N. Ring, P.C.
123 West Madison Street, 15th Floor
Chicago, IL 60602
(312) 781-0290

L:\Stelmokas, Anthony\Bernotas\bernotas witness list.wpd

## **CERTIFICATE OF SERVICE**

      I, Berton N. Ring, an attorney, certify that a copy of Plaintiff's re-filed Witness List was served upon:

Saulius V. Modestas
25 E. Washington, Suite 1805
Chicago, Il 60602

through the Court's electronic filing system on March 8, 2010.

                                      /s/ Berton N. Ring
                                      Berton N. Ring, ARDC # 683351

L:\Stelmokas, Anthony\Bernotas\bernotas witness list.wpd